Marc E. Hankin (SBN: 170505)
Marc@HankinPatentLaw.com
Kevin Schraven (SBN: 259446)
Kevin@HankinPatentLaw.com
Anooj Patel (SBN: 300297)
Anooj@HankinPatentLaw.com
**HANKIN PATENT LAW, APC**
12400 Wilshire Boulevard, Suite 1265
Los Angeles, CA  90025
Tel: (310) 979-3600
Fax: (310) 979-3603

Attorneys for PLAINTIFF,
**WTP IP HOLDINGS, LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WTP IP HOLDINGS, LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>EASY LEGAL INC., a California corporation, CAMI HERSHKOVITZ, an individual and DOES 1 through 5, inclusive,<br><br>             Defendants. | Case No. 2:15-CV-02176-MMM (ASx)<br><br>**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. RULE 41(a)(1)(A)(i)**<br><br>Judge Margaret M. Morrow |

IT IS HEREBY NOTICED, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), by Plaintiff WTP IP HOLDINGS, LLC ("Plaintiff"), by and through its undersigned Counsel of Record in this Action, that the Complaint be Dismissed without prejudice, in its entirety forthwith, with each Party to bear its own fees and costs.

DATED: August 27, 2014            HANKIN PATENT LAW, APC

                                  By:  /Marc E. Hankin/
                                       Marc E. Hankin
                                       Attorneys for Plaintiff,
                                       WTP IP Holdings, LLC

1